

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00436-CV

| | | |
|---|---|---|
| JOSEPH BRYANT VICK, Appellant | § | On Appeal from the 324th District Court |
| V. | § | of Tarrant County (324-700030-21) |
| | § | December 19, 2024 |
| LADONNA DENISE VICK, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's award of attorney's fees to Appellee LaDonna Denise Vick is reversed. It is further ordered that the trial court's property division is reversed and the case is remanded to the trial court for a new trial on that issue.

It is further ordered that LaDonna Denise Vick shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth